UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Margaret Elizabeth Schweigert, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case: 1:16-cv-01706 |
| v. ) | Assigned To : Unassigned |
| ) | Assign. Date : 8/22/2016 |
| ) | Description: Pro Se Gen. Civil (F Deck) |
| United States Elections, ) | |
| ) | |
| Defendant. ) | |

### MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

3

In a conclusory fashion, the plaintiff alleges that the media has misreported and tampered with the primary elections for the President of the United States. Compl. at 1. She further alleges that the Federal Election Commission was "ineffective[] in reporting election[] results in primaries and caucuses," and thus fed the public "false information." *Id.* She concludes with a "[r]equest of the court [to] rectify" the situation. *Id.* at 2. The plaintiff does not explain what she means by "rectify," and the Court therefore is unable to determine what relief she seeks. Nor does the plaintiff include a statement showing that she is entitled to any relief. As drafted the complaint fails to comply with Rule 8(a) and it will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 8/19/16

_____
United States District Judge